**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GARRICK DICUS,

Plaintiff

v.

JERRY MACK PATTERSON,

Defendant

Case No.: 2:26-cv-02796-APG-MDC

**Order Striking Certificate of Interested Parties**

[ECF No. 2]

I ORDER that defendant Jerry Patterson's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Patterson's citizenship for diversity purposes as required by that rule.

I FURTHER ORDER the defendant to file a proper certificate of interested parties by October 13, 2026.

DATED this 22nd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE